ADAM WANG (STATE BAR NUMBER 201233)
LAW OFFICE OF ADAM WANG
12 South First Street, Suite 613
San Jose, CA 95113
Tel: (408) 292-1040
Fax: (408) 292-1045

Attorney for Plaintiff

RONALD S. GALASI (SBN 57064)
1350 OLD BAYSHORE HIGHWAY, SUITE 825
BURLINGAME, CALIFORNIA 94010
TEL: (650) 685-6200
FAX: (650) 685-6204

Attorney for Defendants
CCL GROUP INC. & EVELYN TANG

UNITED STATES DISTRICT COURT

FOR DISTRICT OF NORTHERN CALIFORNIA

| | |
|---|---|
| DANIEL CAI,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>CCL GROUP INC., DBA YOTAKA SUSHI BAR & GRILL, EVELYN TANG & DOES 1 TO 10,<br><br>　　　　Defendants | Case No.:C07-06444 WHA<br><br>**STIPULATION TO CONTINUE THE INITIAL CASE MANAGEMENT CONFERENCE** AND ORDER |

　　　　Plaintiff Daniel Cai, and Defendants CCL Group Inc. and Evelyn Tang, through their respective counsel, hereby stipulate to continue the Case Management Conference as follows:

　　　　1.　　The Initial Case Management Conference in this case is set for March 27, 2008.

　　　　2.　　The Plaintiff counsel will be on a pre-planned family vacation during the spring school break and thus would not be available on March 27, 2008.

　　　　2.　　Furthermore, Plaintiff counsel represents another plaintiff in the case Tang v. CCL Group Inc. (C06-067912 JL) before Judge James Larson. Because two cases allege the identical causes of action concerning Defendants' practice of overtime payment, parties have

　　　　　　　　　　　　　　　　　　　　　1　　　　　　　　　　　　　C07-06444 WHA
**STIPULATION TO CONTINUE FURTHER CASE MANAGEMENT CONFERENCE**
Cai v. CCL Group Inc., et al.

agreed to consolidate two cases and to conduct the cases before Judge Larson.  Plaintiff has filed an Administrative Motion to Determine Whether the Case Shall Be Related. Parties will also file a stipulation to consolidate two cases as well.

3. As such, parties stipulate and respectfully request that the Initial Case Management Conference set for March 27, 2008 be taken off the calendar.  Parties request that the Court reschedule the Initial Case Management Conference on April 17, 2008, should, in an unlikely event, Judge Larson find the two cases not related and deny parties' stipulation to consolidate this case with the case before him Tang v. CCL Group Inc. (C06-7912JL).

Dated: March 19, 2008                    By: /s/ Adam Wang
                                              Attorney for Plaintiff


Dated:  March 19, 2008                   By: ___/s/ Ronald Galasi_____.
                                              Attorney for Defendants

_____

[PROPOSED] ORDER

Pursuant to parties' stipulation, IT IS HEREBY ORDERED that the Initial Case Management Conference be continued to ~~April 17, 2008~~ April 10, 2008, at 11:00 a.m.  Should Judge Larson find this case related to another case pending before him or order the two cases consolidated, parties should promptly notify this Court to take this matter off this Court's calendar on ~~April 17, 2008~~ April 10, 2008. A joint case management statement is due April 3, 2008.

IT IS SO ORDERED.

Dated:  March _21_, 2008                 _____
                                              William Alsup
                                              United States District Judge

[STAMP: IT IS SO ORDERED / Judge William Alsup]

2                                                                            C07-06444 WHA