UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TOM TANG,
DANIEL CAI,

      Plaintiff(s),             No. C06-7912 JL and consolidated case C07-7912 JL

  v.

**NOTICE**

CCL GROUP INC., et al.,

      Defendant(s).
_____/

You are hereby notified that the above entitled cases have been set for case management conference on April 23, 2008 @ 9:30 a.m. in Courtroom F before Chief Magistrate Judge James Larson.

Dated: April 2, 2008

_____
Wings Hom, Courtroom Deputy

Blank.frm