<u>**CIVIL MINUTES**</u>

**Chief Magistrate Judge James Larson**          FTR 10:35-10:39 (4 min)
Date: **April 23, 2008**

Case No: **C06-7912 JL & consolidated case C07-6444 JL**

Case Name: **Tom Tang v. CCL Group, et al**
            **Daniel Cai v. CCL Group, et al**

Plaintiff  Attorney(s): Adam Wong
Defendant Attorney(s): Ron Galasi

Deputy Clerk:  **Wings Hom**

**PROCEEDINGS:**                                        **RULING:**
1.
2.
3.
4.
[ x]  Case Management Conference - held [ ] Status Conference  [ ] P/T Conference

**ORDERED AFTER HEARING: Case referred to ADR for fur mediation.**
**Order to be prepared by:**  [ ] Plntf  [ ] Deft  [] Court
**Case continued to:**10-1-08 @ 10:30 a.m. for fur CMC. Counsel to submit updated CMC statement few days prior.

**PRETRIAL SCHEDULE:**
Discovery cutoff:12-1-08
Expert disclosure: 12-15-08
Expert discovery cutoff: 2-15-08
Motions hearing date:
Pretrial Conference:
Trial:   at  , set for  days.
        [ ] Jury  [ ]  Court


Notes:




cc: Venice, Kathleen, ADR