IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

Daniel Cai )
                                )
        Plaintiff(s),           )   No.: C- 07-6444 JL
                                )
    v.                          )   CONSENT TO PROCEED BEFORE A
                                )   UNITED STATES MAGISTRATE JUDGE
CCL Strong, Inc.                )
                                )
        Defendant(s).           )
_____)

## CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), party[ies] to the above-captioned civil matter hereby voluntarily waive their rights to proceed before a Judge of the United States District Court and consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

_____        _____
Attorney for Plaintiff                 Attorney for Defendant

Dated: 4/23/08