**UNITED STATES DISTRICT COURT**

**Northern District of California**

Tang/Cai,

Plaintiff(s),

v.

CCL Group Inc,

Defendant(s).

Nos. C 06-07912 JL MED and
consolidated case C 07-06444 JL MED

**Certification of ADR Session**

*Instructions: The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.*

1.    I hereby certify that the parties in this matter held a ☑ Mediation or ☐ ENE session on (date) _____ 7 | 24 | 08 _____

2.    Did the case settle?    ☐ fully    ☐ partially    ☑ no

3.    If the case did not settle fully, is any follow-up contemplated?

☐ another session scheduled for (date) _____

☐ phone discussions expected by (date) _____

☑ no

**4.    IS THIS ADR PROCESS COMPLETED?    ☑ YES    ☐ NO**

Dated:    _____ 7/24/08 _____    _____

**Mediator, Raymond L. Wheeler**
Morrison & Foerster
755 Page Mill Rd
Palo Alto, CA 94304-1018

**Certification of ADR Session**
06-07912 JL MED and 07-06444 JL MED - 1 -