ADAM WANG, Bar No. 201233
LAW OFFICES OF ADAM WANG
12 South First Street, Suite 613
San Jose, CA 95113
Tel: (408) 292-1040
Fax: (408) 416-0248
waqw@sbcglobal.net

Attorney for Plaintiffs

UNITED STATE DISTRICT COURT

FOR DISTRICT OF NORTHERN CALIFORNIA

| | |
|---|---|
| DANIEL CAI & TOM TANG<br><br>       Plaintiff,<br><br>vs.<br><br>CCL GROUP INC., DBA YOTAKA SUSHI BAR & GRILL, EVELYN TANG, DOES 1 TO 10,<br><br>       Defendants | Case No.: C07-06444 JL<br>             C06-07912 JL<br><br>**DECLARATION OF ADAM WANG IN SUPPORT OF MOTION FOR LEAVE TO FILE A FIRST AMENDED COMPLAINT**<br><br>Date:        September 3, 2007<br>Time:       9:30 AM<br>Judge :      Honorable James Larson<br>Trial Date:  None |

I, the undersigned, declare as follows:

     1.    I am duly licensed to practice law in the State of California, am the attorney of record for Plaintiffs in this case. I have personal knowledge of the facts stated herein and, if called upon to testify before this court, I could and would testify competently to the following facts.

     2.    On July 29, 2008, by registered mail with return receipt requested, I sent both California Labor and Workforce Development Agency and Defendants a letter alleging various Labor Code violations by Defendants, and indicating Plaintiffs' intension to recover unpaid wage and appropriate penalties authorized under Labor Code § 558 on behalf all former and current

DECLARATION OF ADAM WANG IN SUPPORT OF
MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT
Cai, et al. v. CCL Group Inc., et al.
                                    1                        **Case No.: C07-06444 JL**
                                                                           **C06-07912 JL**

1  employees pursuant to Private Attorney General's Act, Labor Code § 2699, *et seq.* Exhibit 1
2  hereto is a true and accurate copy of such a letter.
3      3.    To date, parties only conducted written discoveries. In their responses to
4  Plaintiffs' interrogatories, Defendants admitted that Evenly Tang hired Plaintiff Tom Tang, and
5  was responsible for calculating and paying both Plaintiffs.
6      4.    To date, no depositions have been taken.
7  I do declare under penalty of perjury under the laws of the United States that the
8  foregoing is true and correct.

10  Date: July 28, 2008                          By: /s/ Adam Wang
                                                   Attorney for Plaintiffs

DECLARATION OF ADAM WANG IN SUPPORT OF
MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT
Cai, et al. v. CCL Group Inc., et al.
2                                          **Case No.: C07-06444 JL**
                                              **C06-07912 JL**