LAW OFFICES OF ADAM WANG
12 South First Street, Suite 613
San Jose, CA 95113
Tel: 408-292-1040
Fax: 408-416-0248

Adam Wang

July 28, 2008

Labor and Workforce Development Agency
State of California
801 K Street, Suite 2101
Sacramento, California 95814

Re:   Plaintiffs Tom Tang and Daniel Cai

      Defendant: CCL Group Inc. and Evenly Tang

Gentlepersons;

    This letter is to file a complaint with your agency concerning violations of the wage and hour laws of the State of California perpetrated by the defendant CCL Group Inc. against Plaintiffs Tom Tang and Daniel Cai. Plaintiffs complain against defendant CCL Group Inc. pursuant to California Labor Code Section 2699, et seq., the Labor Code Private Attorney General Act. This also serves as the notice that Plaintiffs intend to recover civil penalties on behalf of other employees, former or current, against Defendant CCL Group Inc.

    Plaintiffs request that the Labor Workforce and Development Agency conduct *no* investigation into this matter. Plaintiffs have already filed their complaints against the Defendant in United States District Court for the Northern California, respectively entitled Tang v. CCL Group Inc. et al. (C06-07912 JL) and Cai v. CCL Group Inc., et al. (C07-06444 JL) for wage and hour violations. Plaintiffs request that you immediately close your investigation into this matter so that they may amend or file their complaint to include civil penalties under the California Labor Code on their own behalf and on behalf of other former and current employees. An investigation would be duplicative of the litigation process already in the federal court. It would be a waste of the money and resources of the State of California.

    Plaintiffs allege that Defendant CCL Group Inc. and Evenly Tang as the person acting on its behalf are liable for civil penalties due to violations of the Labor Code, Wage Orders and Cal. Code of Regulations as follows:

1) Cal Lab. Code §§ 510, 558: Defendant failed to pay overtime wages when Plaintiffs worked more than eight hours in one day or forty hours in one week;

2) Labor Code § 226.7: Defendant failed to provide their employees with a thirty minute meal period for every five hours worked;

Labor and Workforce Development Agency
Re:  CCL Group Inc.
July 28, 2008
Page 2


    Once again Plaintiffs request that the Labor Workforce Development Agency immediately close its investigation so that the Plaintiffs may proceed with their law
Sincerely,


                              Adam Wang



Cc:  CCL Group Inc.
     3496 Blackhawk Plaza Circle
     Danville, CA 94506

     Evenly Tang
     3496 Blackhawk Plaza Circle
     Danville, CA 94506

     Ronald S. Galasi
     1350 Old Bayshore Highway, Suite 825
     Burlingame, California 94010