RONALD S. GALASI (SBN 57064)
1350 OLD BAYSHORE HIGHWAY, SUITE 825
BURLINGAME, CALIFORNIA  94010
TEL: (650) 685-6200
FAX: (650) 685-6204

Attorney for Defendants.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL CAI and TOM TANG<br><br>Plaintiffs,<br><br>vs.<br><br>CCL GROUP INC., DBA YOTAKA SUSHI BAR & GRILL, EVELYN TANG & DOES 1 TO 10,<br><br>Defendants. | Case No.: C07-06444 **JL**<br><br>Consolidated with Case No. C06-7912 JL<br><br>**NOTICE OF MOTION FOR ORDER QUASHING SUBPOENA**<br><br>Date:      September 24, 2008<br>Time:      9:30 a.m.<br>Location:  Courtroom F |

TO  Daniel Cai and Tom Tang and Adam Wang, their attorney of record:

NOTICE IS HEREBY GIVEN that, on Wednesday, September 24, 2008 at 9:30 am. or as soon thereafter as the matter may be heard, in Courtroom  F of the above-entitled Court Defendants will move for an order quashing the subpoena served on Edward G. Wang requesting certain tax returns of Defendants as well as information used by Edward G. Wang in

**NOTICE OF MOTION FOR ORDER QUASHING SUBPOENA**

preparing those tax returns.   This motion will be made on the ground that there is good cause for quashing the Subpoena in that it was not timely served, it omitted the required Notice to Consumer and it improperly seeks tax returns and other financial data which are privileged and not subjective to discovery.  A copy of the Subpoena sought to be quashed is attached hereto as Exhibit A.

      The motion will be based on this Notice of Motion, on the Declaration of Ronald S. Galasi, and the Memorandum of Points and Authorities served and field herewith, on the papers and records on file herein, and on such oral and documentary evidence as may be presented at the hearing of the motion.

Dated: August 13, 2008

                                        By:   /S/ Ronald S. Galasi
                                                    Attorney for Defendants

**NOTICE OF MOTION FOR ORDER QUASHING SUBPOENA**