RONALD S. GALASI (SBN 57064)
1350 OLD BAYSHORE HIGHWAY, SUITE 825
BURLINGAME, CALIFORNIA  94010
TEL: (650) 685-6200
FAX: (650) 685-6204

Attorney for Defendants.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL CAI, and  TOM TANG | Case No.: C07-06444 **JL** |
| Plaintiffs, | Consolidated with Case No. C06-7912 JL |
| vs. | |
| CCL GROUP INC., DBA YOTAKA SUSHI BAR & GRILL, EVELYN TANG & DOES 1 TO 10, | **[PROPOSED] ORDER TO QUASH SUBPOENA** |
| Defendants. | |

The Motion of Defendants, CCL GROUP, INC., DBA YOTAKA SUSHI BAR & GRILL, and EVELYN TANG for an Order Quashing the Subpoena served on Edward G. Wang on or about July 29, 2008, came on regularly for hearing in Courtroom F by the Court on September 24, 2008 at 9:30 a.m..  Plaintiffs appeared by counsel Adam Wang Esq.; Defendants appeared by counsel Ronald S. Galasi, Esq.

ORDER TO QUASH SUBPOENA

The Court, having read and considered Defendants' Motion to Quash and on proof made to the satisfaction of the Court that the Motion should be granted.

IT IS HEREBY ORDERED that the subpoena duces tecum served on Edward G. Wang on or about July 29, 2008 to compel Edward G. Wang to produce the Federal and State Income Tax Returns of CCL Group, Inc. and/or Evelyn Tang and/or other financial documents used to prepare such returns, as well as any and everything else requested as per Attachment 3 to the Subpoena is hereby quashed.

Dated: _____

By: _____

JUDGE OF THE SUPERIOR COURT

ORDER TO QUASH SUBPOENA