RONALD S. GALASI (SBN 57064)
1350 OLD BAYSHORE HIGHWAY, SUITE 825
BURLINGAME, CALIFORNIA 94010
TEL: (650) 685-6200
FAX: (650) 685-6204

Attorney for Defendants.

UNITED STATES DISTRICT COURT

FOR DISTRICT OF NORTHERN CALIFORNIA

| | |
|---|---|
| DANIEL CAI and TOM TANG, | Case No.: C07-06444 JL |
| Plaintiffs, | Consolidated with Case No.: C06-07912 JL |
| vs. | PROOF OF SERVICE |
| CCL GROUP INC., DBA YOTAKA SUSHI BAR & GRILL, EVELYN TANG & DOES 1 TO 10, | |
| Defendants | |

# PROOF OF SERVICE

I, the undersigned, declare:

I am employed in the County of San Mateo, State of California. I am over the age of eighteen and not a party to this action. My business address is 1350 Old Bayshore Highway, Suite 825, Burlingame, California 94010.

On August 14, 2008, I served the following document(s):

1. **AMENDED DECLARATION OF RONALD S. GALASI IN SUPPORT OF NOTICE OF MOTION FOR ORDER QUASHING SUBPOENA; ARGUMENT THEREON; POINTS AND AUTHORITIES IN SUPPORT THEREOF**

2. **[PROPOSED] ORDER TO QUASH SUBPOENA**

3. **PROOF OF SERVICE**

__X__ By MAIL, being familiar with the practice of this office for the collection and the processing of correspondence for mailing with the United States Postal Service, and deposited in the United States Mail copies of same to the business addresses set forth below, in a sealed envelope fully prepaid.

__X__ By FACSIMILE, by personally transmitting same via an electronic facsimile machine between the hours of 9:00 a.m. and 5:00 p.m. as indicated in the facsimile transmission number(s) listed below, and thereafter deposited same in the United State mail, in Burlingame, California, in a sealed envelope with postage fully prepaid to each of the persons at the addresses listed below.

_____ By PERSONAL DELIVERY, and personally delivered, or caused to be delivered, same to the addresses listed below:

__X__ By ELECTRONIC E-MAIL transmission between the hours of 9:00 a.m. and 5:00 p.m as indicated in the e-mail address listed below.

ADAM WANG
12 South First Street, Suite 613
San Jose, CA 95113

Facsimile:   (408) 351-0261
E-mail :

Quest Discovery Services
981 Ridder Park Drive
San Jose, CA 95131

Facsimile:  (408) 441-7070

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on the above date at Burlingame, California.

/s/ Gabriel Partida