UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DANIEL CAI

       Plaintiff(s),

       v.

CCL GROUP INC. ET AL.

       Defendant(s).
_____/

No. 07-06444 JL & consolidated 06-7912 JL

NOTICE OF CONTINUANCE

TO ALL PARTIES AND COUNSEL OF RECORD:

The hearing on defendants' motion to quash subpoena noticed for September 24, 2008 has been continued to October 1, 2008, at 9:30 a.m., in Courtroom F, 15th Floor, before Magistrate Judge James Larson. The case management conference is advanced to 9:30 a.m.

Dated: August 14, 2008

_____
Wings Hom, Courtroom Deputy to
U.S. Magistrate Judge James Larson

Hearing.Not                   1