UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RELATED CASES              CIVIL MINUTES
 C-06-7912
 C-07-6444         JAMES LARSON         DATE September 3, 2008
Case Number           Judge

Title: TOM TANG   -v- CCL GROUP INC;., et al.
       DANIEL CAI -v- CCL GROUP INC., et al.

Attorneys: ADAM WANG              RONALD GALASI
           (Present after Hearing)

Deputy Clerk: T. De Martini    Court Reporter: Connie Kuhl
                                               Tape: 10:06 - 10:14

Proceedings:

Plaintiff's Motion to file a First Amended Complaint


(xxx)Motion(s): (   )Granted  (   )Denied  (   )Withdrawn

(   )Granted/Denied  (   )Off Calendar  (xxx)Submitted

Order to be Prepared by:(   )Pltf  (   )Deft  (xxx)Court

Discovery Cutoff:_____ Pretrial Statements Due_____

Case Continued to_____ for Pretrial Conference

Case Continued to_____ for Court/Jury Trial

Case Continued to_____ for Further Status Conference

Case Continued to_____ for_____

CASE REFERRED TO U.S. MAGISTRATE_____

for_____

Opening Briefs_____ Answer_____ Reply_____

Deemed Submitted on_____

ORDERED AFTER HEARING: This matter was calendared for 9:30 A.M. At 9:50 A.M. Plaintiff's Counsel was not present, the Court took oral argument from the Defendants' Counsel. Judge Larson stated that he is inclined to deny the motion based on Plaintiff's failure to appear. At 10:06 A.M. Plaintiff's Counsel appeared. The Court took oral argument from Plaintiff's Counsel without Defendants Counsel being present. The Court decided to continue Plaintiff's Motion to a date in October. Counsel will be notified.