RONALD S. GALASI (SBN 57064)
1350 OLD BAYSHORE HIGHWAY, SUITE 825
BURLINGAME, CALIFORNIA 94010
TEL: (650) 685-6200
FAX: (650) 685-6204

Attorney for Defendants.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL CAI and TOM TANG<br><br>Plaintiffs,<br><br>vs.<br><br>CCL GROUP INC., DBA YOTAKA SUSHI BAR & GRILL, EVELYN TANG & DOES 1 TO 10,<br><br>Defendants. | Case No.: C07-06444 **JL**<br><br>Consolidated with Case No. C06-7912 JL<br><br>DECLARATION OF GABRIEL PARTIDA RE FAILURE TO SERVE CHAMBER'S COPY<br><br>Date:    September 3, 2008<br>Time:    9:30 a.m.<br>Location:  Courtroom F |

I, Gabriel Partida, declare:

1. I am the Legal Assistant/Legal Secretary to Ronald S. Galasi, attorney at law and am, indeed, his sole assistant.

2. On or about August 26, 2008, I electronically filed the Opposition to Plaintiff's Motion to First Amended Complaint by CCL Group, Inc., and Evelyn Tang.

Page 1 of 2

DECLARATION OF GABRIEL PARTIDA RE FAILURE TO SERVE CHAMBER'S COPY

3.  Although I dutifully electronically filed the documents, I inadvertently failed to call the process server for this office and have him deliver such opposition documents to this Court's chambers. Mr. Galasi did not know of my failure and he had presumed, I believe, that this Court was properly served a chambers copy.

4.  Mr. Galasi was called this morning by this Court's assistant and during such conversation, she inquired of Mr. Galasi whether a chamber's copy had ever been served. Mr. Galasi asked me and it was only then that I realized my mistake and advised Mr. Galasi of such error.

5.  I respectfully request that this Court excuse the inadvertence and negligence of this office, and particularly of me, and allow this case to go forward on a hearing on the merits of Plaintiff's Motion to Amend.

6.  If called to testify as a witness in this case, I would and could truthfully testify as to each and every allegation and statement made hereinabove.

I declare under penalty of perjury that the before-mentioned is true and correct to the best of my knowledge and belief. Executed this 2nd day of September, 2008 in the City of Burlingame, County of San Mateo, State of California.

By: _____
Gabriel Partida
Legal Assistant/Legal Secretary
For RONALD S. GALASI, ESQ.

DECLARATION OF GABRIEL PARTIDA RE FAILURE TO SERVE CHAMBER'S COPY