1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                  NORTHERN DISTRICT OF CALIFORNIA
10
11  Tom Tang,                          No. C 06-7912  JL and
                                       consolidated case, C-07-6444 JL
12              Plaintiff,             and
13       v.                            C-07-4482 JL
14  CCL Group Inc, et al.,             **NOTICE**
15              Defendants.
    _____
16
    Yang, et al.
17
                Plaintiffs,
18
         v.
19
    Shanghai Gourmet,
20
                Defendant
21
22
23       Defendant's motion to quash subpoena (Docket # 12), previously noticed for hearing

24  on October 1, at 9:30 a.m., is hereby continued for hearing on October 8 at 9:30 a.m.

         It is further ordered that in C06-7912 JL  Tang v. CCL & related case
25
    C07-6444 JL  Cai v. CCL, , Plaintiffs' Motion to file first amended complaint and
26
    C07-4482 JL Yang v. Shanghai Gourmet,   Plaintiffs' Motion to file second amended
27
    complaint are also set for further hearing on October 8 at 9:30 a.m.
28

*United States District Court*
For the Northern District of California

1    IT IS SO ORDERED.

2    DATED: September 22,   2008

3

4                                                        _____
                                                         James Larson
5                                                        Chief Magistrate Judge

6

7    G:\JLALL\CHAMBERS\CASES\CIVIL\06-7912\NOTICE.wpd

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California