United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Tom Tang, | No. C 06-7912 JL |
|     Plaintiff, | |
|   v. | |
| CCL Group Inc, et al., | |
|     Defendants. | |
| and Consolidated Case | No. C 07-6444 JL |
| Daniel Cai, | **ORDER TO PRODUCE PLAINTIFFS' CONTACT INFORMATION** |
|     Plaintiff, | |
|   v. | |
| CCL Group, et al., | |
|     Defendants. | |
|                   _/ | |

TO PLAINTIFFS' COUNSEL, ADAM WANG:

You are hereby ordered to immediately produce to the Court the full names, mailing addresses, telephone numbers, and any other contact information, including e-mail addresses for all Plaintiffs in both of the above-captioned cases.

1   IT IS SO ORDERED.
2   DATED: May 28, 2009

_____
James Larson
Chief Magistrate Judge