United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Tom Tang, | No. C 06-7912 JL |
|     Plaintiff, | |
|   v. | |
| CCL Group Inc, et al., | |
|     Defendants. | |
| and Consolidated Case | No. C 07-6444 JL |
| Daniel Cai, | **DISMISSAL** |
|     Plaintiff, | |
|   v. | |
| CCL Group, et al., | |
|     Defendants. | |
|                     _/ | |

    The Court received Plaintiffs' request for dismissal without prejudice, however it was on a form to be used in San Francisco Superior Court. Defense counsel advised the Court that his clients do not oppose the request for dismissal. Accordingly, these cases are hereby dismissed without prejudice.

    The Clerk shall close the file.

1   IT IS SO ORDERED.
2   DATED: June 5, 2009

_____
James Larson
Chief Magistrate Judge

9   G:\JLALL\CHAMBERS\CASES\CIVIL\06-7912\DISMISSAL.wpd